THE PEOPLE OF THE STATE OF NEW YORK et al., Appellants,
*v.* BANKSON T. MORGAN, Respondent.

(Argued June 17, 1874; decided November 10, 1874.)

THIS was an action in the nature of a *quo warranto*, to test the title of defendant to the office of police justice in the city of New York. Defendant was appointed under the act " to secure better administration in the Police Courts of the city of New York " (chap. 538, Laws of 1873), which act was claimed by plaintiffs to be unconstitutional. The court directed a verdict for defendant.

*W. A. Beach* and *Elbridge T. Gerry* for the appellants.

*John K. Porter* and *Nelson J. Waterbury* for the respondent.

Agree to affirm on opinion in *Wenzler* v. *The People* (*ante*, p. 516).
All concur, except CHURCH, Ch. J., and ALLEN, J., dissenting.
Judgment affirmed.